# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JEREMY MURPHY                                                                     PLAINTIFF

v.                          CASE NO. 3:18-CV-00154 BSM

STATE OF ARKANSAS, et al.                                                      DEFENDANTS

## ORDER

Plaintiff Jeremy Murphy filed this lawsuit *pro se* without prepayment of the $400 filing fee or submitting an application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. Murphy is directed either to pay the filing fee or to file a complete application to proceed *in forma pauperis* within 30 days of the date of this order. If he fails to do so, this case will be dismissed without prejudice. Local Rule 5.5(c)(2).

Murphy also has 30 days in which to amend his complaint [Doc. No. 1]. He is suing the State of Arkansas, Prosecutor Scott Ellington, and Judges Tommy Fowler and David Boling. Murphy alleges that Judge Fowler signed a warrant for his arrest that was false. *Id.* Murphy does not make any factual allegations against the remaining defendants. Accordingly, Murphy is directed to file an amended complaint detailing how each defendant allegedly violated his rights, how he was personally harmed by each alleged violation, the relief he seeks, and whether he is suing the defendants in their individual or official capacities. Murphy is currently in custody in the Craighead County Detention Center. In his amended complaint, he should also explain the status of the charges against him. This information is needed to screen his case. *See* 28 U.S.C. §§ 1915, 1915A.

Murphy is notified that Rule 5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas requires *pro se* litigants to (1) promptly notify the court and the other parties in the case of any change of address; (2) to monitor the progress of the case; and (3) to prosecute or defend the lawsuit diligently. Murphy should be aware that the rule further provides that the failure to respond to any communication from the court within 30 days may result in dismissal of the case. Any party proceeding *pro se* is expected to be familiar with and follow the Federal Rules of Civil Procedure as well as the local rules. A copy of the local rules may be obtained from the clerk of the Eastern District of Arkansas.

The clerk is directed to forward Murphy an *in forma pauperis* application packet, including a certificate and calculation sheet, as well as a blank 42 U.S.C. section 1983 complaint form, together with a copy of this order. The clerk is also directed to change the docket to reflect the correct spelling of Judge Fowler's name from "Folwer" to "Fowler" and Judge Boling's name from "Bowling" to "David Boling."

IT IS SO ORDERED this 23rd day of August 2018.

*Brian S. Miller*
UNITED STATES DISTRICT JUDGE