**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**JEREMY W. MURPHY**                                                                                            **PLAINTIFF**

**v.**                          **CASE NO. 3:18-CV-00154 BSM**

**STATE OF ARKANSAS, et al.**                                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 12th day of September 2018.

_____
UNITED STATES DISTRICT JUDGE